# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:
Johnene Alma Canfield                              Case No: 18-31168
                                                   Chapter: 13
Debtor.                                            Judge: William J Fisher

---

## AMENDED NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM STAY
_____

TO: Debtor and other entities specified in Local Rule 9013-3.

1. U.S. Bank Trust National Association, as trustee of the Chalet Series III Trust, a secured Creditor of Debtor (the "Movant"), filed a Motion for Relief from Automatic Stay on June 27, 2019 (Docket Entry #32).

2. The Court will hold a continued hearing on this motion on Wednesday, September 11 2019, at 1:30 pm, in Court 2C, on the 2nd floor, located at 316 North Robert Street, St. Paul.

3. Any response to the motion must be filed and served no later than Friday, September 6th, 2019, which is five (5) days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT A HEARING.

Dated: August 22, 2019                     Respectfully Submitted,

                                           Randall S. Miller & Associates, PLLC
                                           /e/ Marjorie Holsten #0185899
                                           Attorneys for Movant
                                           Edinburgh Executive Office Plaza
                                           8525 Edinbrook Crossing - Suite 210
                                           Brooklyn Park, MN  55443
                                           bankruptcy@rsmalaw.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:
Johnene Alma Canfield

Debtor.

Case: 18-31168
Chapter: 13
Judge: William J Fisher

## UNSWORN CERTIFICATE OF SERVICE

    I, Cassandra McLone, declare under penalty of perjury that on August 22, 2019 I sent via CM/ECF email copies of the Amended Notice of Continued Hearing on the following interested parties at their last known address:

| Debtor | Debtor's Attorney | Chapter 13 Trustee |
|---|---|---|
| Johnene Alma Canfield<br>7424 44th St. N.<br>Oakdale, MN 55128-2288 | James C. Whelpley<br>1912 N. Lexington Ave.<br>Suite 300<br>Roseville, MN 55113 | Gregory A Burrell<br>100 South Fifth Street<br>Suite 480<br>Minneapolis, MN 55402 |

    via first class mail, with proper postage affixed thereto to the Debtors and via the Court's CM-ECF electronic filing system to the Debtors' Attorney and Chapter 13 Trustee.

Signed: /e/ Cassandra McLone
Randall S. Miller & Associates, PC
43252 Woodward Ave., Suite 180
Bloomfield Hills, Michigan 48302
(248) 335-9200